**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000573
02-AUG-2018
11:31 AM**

NO. CAAP-17-0000574
(consolidated with CAAP-17-0000573)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LANI STARK, Plaintiff-Appellee,
v.
BRIAN EVANS and RENEE FASSBINDER, Defendants-Appellants,
and
BARRY CUTLER; CHARLES DOUG HACKETT; TRISH REGAN;
AURORA ARIEL; ANDREW BILTZ; ANTONEY LAVATE;
ALLIANCE FOR TRUTH AND JUSTICE, Defendants-Appellees
and
JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50;
DOE NON-PROFIT CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50;
ROE GOVERNMENTAL ENTITLES 1-50, Defendants.

RENEE MARIE FASSBINDER and BRIAN EVANS,
Defendants/Counterclaim Plaintiffs-Appellants,
vs.
LANI STARK,
Plaintiff/Counterclaim Defendant-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0629(1))


ORDER APPROVING THE JULY 24, 2018 STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the July 16, 2018 "Stipulation
for Dismissal of Appeal with Prejudice," by Defendants/
Counterclaim Plaintiffs-Appellants Renee Marie Fassbinder
(**Fassbinder**) and Brian Evans (**Evans**) and Plaintiff/Counterclaim
Defendant-Appellee Lani Stark (**Stark**), and the record, it appears
that (1) the appeal has been docketed; (2) pursuant to Rule 42(b)

of the Hawai'i Rules of Appellate Procedure, the parties to the appeal, Fassbinder, Evans, and Stark, stipulate to dismiss the appeal and bear their own costs and attorneys' fees incurred on appeal; (3) no payment is due; and (4) the stipulation is dated and signed by counsel for Fassbinder and Stark, and by Evans, pro se.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, **August 2, 2018.**

Presiding Judge

Associate Judge

Associate Judge